UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| TIMOTHY M. HARRON,<br><br>        Plaintiff,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC, et al.,<br><br>        Defendant. | 2:10-CV-1641-PMP-RJJ<br><br>**ORDER** |

      Before the Court for consideration is Plaintiff Timothy M. Harron's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. #1). On December 9, 2010, the Honorable Robert J. Johnston United States Magistrate Judge, entered a Report and Recommendation (Doc. #7) recommending that Plaintiff Harron's application (Doc. #1) should be denied.

      On September 27, 2010, the Court issued an Order (Doc. #3) scheduling a Status Hearing for October 22, 2010.  Notice of the hearing was served on Plaintiff Harron by Certified Mail Return Receipt.  The certified Letter was delivered and signed for by Plaintiff or his designated representative on September 29, 2010. Plaintiff failed to appear for the Status Hearing on October 22, 2010.  Further Plaintiff failed to contact the Court to reschedule said hearing or to provide the Court with a reason for his non-appearance.

/ / /

1  The Court has conducted a <u>de</u> <u>novo</u> review of the record in this case in
2 accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 3-2 and determines that
3 Magistrate Judge Johnston's Report and Recommendation should be Affirmed.
4  **IT IS THEREFORE ORDERED that** Magistrate Judge Johnston's
5 Report and Recommendation (Doc. #7) are Affirmed and Plaintiff Timothy M.
6 Harron's case is hereby **DISMISSED** with prejudice.

8 DATED:  December 20, 2010.

PHILIP M. PRO
United States District Judge